UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE DEAN LARRAGA, | ) | CASE NO. 1:24-cv-02137 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Darrell A. Clay recommending the Commissioner of Social Security's ("Commissioner") final decision denying Plaintiff Jacqueline Dean Larraga's ("Plaintiff") application for Supplemental Security Income be affirmed. (Doc. 11.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The R&R was issued on August 28, 2025. (Doc. 11.) Plaintiff is represented by counsel. (Doc. 1.) The failure to timely file written objections to a report and recommendation of a magistrate judge constitutes a forfeiture of *de novo* review by the district court. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146-52, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985) (upholding Sixth Circuit's waiver/forfeiture rule as within its supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)). The R&R plainly stated the

consequences for failing to timely submit objections. (Doc. 11 at 1028.) No objection to the R&R has been filed, and the deadline for doing so has passed.

The Court has reviewed the R&R. For the reasons stated therein, the Court ACCEPTS and ADOPTS the R&R in its entirety. The Commissioner of Social Security's final decision denying Plaintiff Jacqueline Dean Larraga's application for Supplemental Security Income is AFFIRMED.

**IT IS SO ORDERED.**

Date: September 16, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE